IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CBRE REALTY FINANCE TRS, LLC,<br>    Plaintiff | : <br> : <br> : | |
| v. | : <br> : | Civil No. AMD 08-1964 |
| BRIAN A. MCCORMICK, et al.,<br>    Defendants | : <br> : | |

...o0o...

ORDER

For the reasons stated on the record, it is this 3rd day of March, 2008, by the United States District Court for the District of Maryland, ORDERED

(1) That the motions to dismiss counterclaims (Paper Nos. 16 and 26) are GRANTED; and it is further ORDERED

(2) That the motion to strike jury demand (Paper No. 17) is DENIED AS MOOT; and it is further ORDERED

(3) That the motion to amend answer (Paper No. 25) is GRANTED; and it is further ORDERED

(4) This case shall proceed in accordance with the extant scheduling order, as amended.

                                                        /s/
                                          ANDRE M. DAVIS
                                          UNITED STATES DISTRICT JUDGE