# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 2, 2009

Memo To Counsel Re: CBRE Realty Finance TRS, LLC v. McCormick, et al.
Civil No. JFM-08-1964

Dear Counsel:

    A conference call will be held on  June 16, 2009  at  9:15  a.m. to discuss the appropriate schedule in this case.   I ask counsel for plaintiff to initiate the call.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge