**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| CBRE REALTY FINANCE TRS, LLC, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 08-cv-1964 <br> ) |
| BRIAN A. McCORMICK | ) <br> ) |
| and | ) <br> ) |
| CHARLES W. MOORE, | ) <br> ) |
| Defendants. | ) <br> ) |

**DEFENDANTS' MOTION TO SHORTEN TIME FOR PLAINTIFF'S
TO RESPOND TO MOTION TO EXTEND DISCOVERY DEADLINE**

COME NOW, the Defendants Brian A. McCormick and Charles W. Moore (hereinafter collectively "Defendants") and move this Court for an shortening the deadline for the Plaintiff to respond to their Emergency Motion to Extend Discovery Deadline to June 24, 2009, as cause for such motion, the Defendants state the following:

1. The current discovery deadline is set for July 7, 2009.

2. The deadline set by the ECF System for the Plaintiff to respond to the Defendants' Emergency Motion to Extend the Discovery Deadline is July 6, 2007.

3. In light of the rapidly approaching discovery deadline, emergency or expedited treatment of the Defendants' motion is required.

WHEREFORE, the Defendants respectfully request that the Court enter an order:

1. Shortening the Plaintiff's deadline to respond to Defendants' Emergency Motion to Extend Discovery Deadline to June 24, 2009; and

2. Granting such further relief as the Court deems just.

          BRIAN A. McCORMICK
          and CHARLES W. MOORE,

          By their attorneys,

          */s/ Ryan D. Sullivan*
          Joseph S.U. Bodoff (D. Md. Bar No. 92160)
          Ryan D. Sullivan (D. Md. Bar No. 16382)
          Bodoff & Associates, P.C.
          120 Water Street
          Boston, MA  02109
          (617) 742-7300

Dated: June 19, 2009