# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 29, 2009

Memo To Counsel Re: CBRE Realty Finance TRS, LLC v. McCormick, et al.
Civil No. JFM-08-1964

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' emergency motion to extend discovery deadline.

The motion is denied.  Any "emergency" can be resolved by the procedure agreed upon at the scheduling conference held on June 16, 2009.  If, after plaintiff files its anticipated motion for summary judgment, defendants continue to believe that additional discovery is required, they may file an appropriate motion under Rule 56(f), including any discovery they assert is required by virtue of plaintiff's recent document production.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge