UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

_____
                                                 )
CBRE REALTY FINANCE TRS, LLC,   )
                                               )
        Plaintiff,                    )
                                               )
        v.                    )
                                             )   Case No. 08-cv-1964
BRIAN A. MCCORMICK                )
                                             )
       and                  )
                                             )
CHARLES W. MOORE,                )
                                             )
        Defendants.        )
_____)

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

                                             Howard H. Stahl (D. Md. Bar No. 24741)
                                             Jennifer Quinn-Barabanov (D. Md. Bar No. 1649)
                                             George R. Calhoun, V (D. Md. Bar No. 25018)
                                             STEPTOE & JOHNSON LLP
                                             1330 Connecticut Avenue, N.W.
                                             Washington, D.C. 20036
                                             Tel:  (202) 429-3000
                                             Fax:  (202) 429-3902

                                             *Attorneys for Plaintiff* RFC TRS, LLC

- 2 -

Plaintiff RFC TRS, LLC ("RFC") hereby moves for summary judgment pursuant to Fed. R. Civ. P. 56.  There are no genuinely disputed issues of material fact, and RFC is entitled to judgment as a matter of law.

WHEREFORE, RFC respectfully requests that the Court enter an order: (1) granting judgment in favor of RFC on Count I of its Complaint for breach of contract; (2) granting judgment in favor of RFC on Count II of its Complaint for breach of contract; (3) awarding RFC damages in the amount of $22,621,414.34, plus pre and post-judgment interest, attorneys' fees and costs; and (4) granting such other and further relief as may be just.

Dated:  August 6, 2009

Respectfully submitted

_____/s/ George R. Calhoun_____
Howard H. Stahl (D. Md. Bar No. 24741)
Jennifer Quinn-Barabanov (D. Md. Bar No. 1649)
George R. Calhoun, V (D. Md. Bar No. 25018)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  (202) 429-3000
Fax:  (202) 429-3902

*Attorneys for Plaintiff RFC TRS, LLC*