IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CBRE FINANCE TRS, LLC, | * |
| | * |
| v. | *   Case No.: 1:08-cv-1964 |
| | * |
| BRIAN A. MCCORMICK | * |
| | * |
| and | * |
| | * |
| CHARLES W. MOORE | * |
| | ***** |

For the reasons stated in the accompanying Memorandum, it is, this <u>8th</u> day of December, 2009

ORDERED

1. Defendants' Rule 56(f) Motion for Further Discovery is Denied;

2. Plaintiff's Motion for Summary Judgment is Granted;

3. Damages are entered in favor of the Plaintiff in the amount of $22,621,414.34;

4. Plaintiff's Motion for Award of Attorney Fees, Costs, and Pre and Post Judgment Interest is stayed pending Plaintiff and Defendants' submission of briefs.


      /s/
J. Frederick Motz
United States District Judge