IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CBRE REALTY FINANCE TRS, LLC | * |
| | * |
| v. | * |
| | *   Civil No. JFM-08-1964 |
| | * |
| BRIAN A. MCCORMICK | * |

\*\*\*\*\*

ORDER

Upon consideration of the defendants' motion for leave to file surreply (document 71), defendants not having cited a good reason for being granted leave to file a surreply, and time obviously being of the essence in the entry of a judgment, it is, this 19th day of January 2010

ORDERED that defendants' motion be denied.

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2010 JAN 19 P 3:55
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY