IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CBRE REALTY FINANCE TRS, LLC     *
    *
v.     *
    *    Civil No. JFM-08-1964
    *
BRIAN A. MCCORMICK     *
*****

ORDER

Upon consideration of the memoranda submitted in connection with plaintiff's motion for entry of final judgment including interest (document 68), it is, this 19th day of January 2010

ORDERED

1.     The motion is granted; and

2.     Judgment is entered in favor of plaintiff against defendants in the amount of $23,342,188.38 (principal plus pre-judgment interest) and post-judgment interest at a rate of 2.35%, or $1,145.00 per day from December 8, 2009 to the date of payment.

                                            J. Frederick Motz
                                            United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2010 JAN 19 P 3:55
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY