UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

|  |  |  |
|---|---|---|
| CBRE REALTY FINANCE TRS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-cv-1964 |
| BRIAN A. McCORMICK | ) ) ) | |
| and | ) ) | |
| CHARLES W. MOORE, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Defendants, Brian A. McCormick and Charles W. Moore (collectively, the "Defendants") appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on January 19, 2010 in favor of the Plaintiff, CBRE Realty Finance TRS, LLC (Docket #73), as well as the Order entered on June 29, 2009 denying the Defendants' Emergency Motion for Extension of Time to Complete Discovery (Docket #57) and the Order dated December 8, 2009 denying Defendants' Rule 56(f) Motion for Further Discovery and granting Plaintiff's Motion for Summary Judgment (Docket #67).

BRIAN A. McCORMICK
and CHARLES W. MOORE,

By their attorneys,

*/s/ Ryan D. Sullivan*
Joseph S.U. Bodoff (D. Md. Bar No. 92160)
Ryan D. Sullivan (D. Md. Bar No. 16382)
Bodoff & Associates, P.C.
120 Water Street
Boston, MA  02109
Dated: January 28, 2010         (617) 742-7300

## Certificate of Service

 I, Ryan D. Sullivan hereby certify that I served a copy of the foregoing Notice of Appeal via the Electronic Case Filing System upon counsel for Plaintiff.

          <u>/s/ Ryan D. Sullivan</u>
          Ryan D. Sullivan